No. 149. CALDWELL SUGARS, INC. *v.* COMMISSIONER OF INTERNAL REVENUE. March 5, 1945. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth

852

Circuit denied. *Mr. C. J. Batter* for petitioner. *Solicitor General Fahy, Assistant Attorney General Samuel O. Clark, Jr., Messrs. Sewall Key, Joseph M. Jones* and *Miss Helen R. Carloss* for respondent.

No. 150. SLACK BROS., INC. *v.* COMMISSIONER OF INTERNAL REVENUE. March 5, 1945. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. C. J. Batter* for petitioner. *Solicitor General Fahy, Assistant Attorney General Samuel O. Clark, Jr., Messrs. Sewall Key, Joseph M. Jones* and *Miss Helen R. Carloss* for respondent.